UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JEFFREY MAUNG,

                Plaintiff,                18-CV-10141 (OTW)

             -against-                  **ORDER**

PARADIGM DKD GROUP, LLC,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed the parties' numerous letters at ECF 70, 71, 72, and 73. It is hereby **ORDERED** that:

- Discovery is extended until March 31, 2020;

- Parties are directed meet and confer and, to the extent any issues are not resolved during that conference, to submit a joint status letter (1) listing all outstanding subpoenas, requests for productions, or other discovery being sought; (2) detailing any specific issues related to the listed items; and (3) describing the parties efforts to resolve each of the disputes. The letter must be submitted to the Court by **March 17, 2020**.

**SO ORDERED.**

Dated: March 10, 2020
         New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge