**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
JEFFEREY MAUNG,                                    :
                                                                       :
                   Plaintiff,            :            18-CV-10141 (OTW)
                                                                       :
             -against-                 :            **ORDER**
                                                                       :
PARADIGM DKD GROUP, LLC,         :
                                                                       :
                 Defendant.        :
                                                                       :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

A pre-motion hearing and status conference was held on June 18, 2020. Pursuant to the directions given during the hearing, it is hereby **ORDERED** that:

- Discovery is extended to **July 31, 2020**. No additional extensions will be granted absent exceptionally good cause;

- Parties shall meet and confer on the discovery issues raised during the conference. If necessary, Plaintiff must file his motion to compel by **July 1, 2020**. Defendant's response is due by **July 10, 2020**. No replies will be accepted and the parties' briefs are limited to 5 pages. The parties are warned that the Court may apportion costs for the motion under Federal Rules of Civil Procedure 37(a)(5)(A)-(C) and/or the Court's inherent authority;

- Defendant's partial motion for summary judgment is due by **July 24, 2020**. Plaintiff's opposition is due by **August 7, 2020**, and Defendant's reply, if any, is due by **August 14, 2020**;

- Parties shall submit one-page *ex parte* letters regarding settlement via email to chambers by **June 25, 2020**.

**SO ORDERED.**

                                              *s/ Ona T. Wang*

Dated: June 19, 2020                              **Ona T. Wang**
        New York, New York                United States Magistrate Judge