

**MEMO ENDORSED**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Avenue, Fl 17
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletree.com

Jamie Haar
212.492.2070
jamie.haar@ogletree.com

November 2, 2020

<u>VIA ECF</u>

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *Maung v. Paradigm DKD Group, LLC*
        Case No.: 18-cv-10141 (CM)(OTW)

Dear Magistrate Judge Wang:

We represent defendant Paradigm DKD Group, LLC ("Defendant") in the above-referenced matter. We write, together with counsel for Plaintiff, to advise the Court that the parties have reached a settlement in principle and are in the process of finalizing the settlement agreement. The parties expect to file a stipulation of dismissal with the Court in short order. In light of this development, the parties respectfully request that Your Honor stay all deadlines and conferences in this action and hold in abeyance decisions on the parties' pending motions (*See* Dkt. Nos. 95, 99, 100-103, 106-111).

We thank the Court for its consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: /s Jamie Haar
        Jamie Haar

cc:   All counsel of record

**SO ORDERED:**
Application GRANTED. Parties to file a joint status
letter in 30 days if no stipulation of dismissal filed by then.

44819406.1

_____
**Ona T. Wang**          11/4/20
United States Magistrate Judge

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington